# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRMA CASTILLO, | : | No. 3:19cv1628 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| PROGRESSIVE INSURANCE, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 4th day of November 2019, Defendant Progressive Insurance's motion to dismiss (Doc. 4) is **GRANTED** in part and **DENIED** in part. It is **GRANTED** with respect to the claim for attorney's fees in the breach of contract count, and this element of damages is **STRICKEN** from that count. The motion is **DENIED** in all other respects.

BY THE COURT:


s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**