IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRMA CASTILLO, | : | CIVIL ACTION NO. 3:19-CV-1628 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| PROGRESSIVE INSURANCE, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 15th day of March, 2021, upon consideration of defendant's motion (Doc. 25) for partial summary judgment as to plaintiff's statutory bad-faith claim pursuant to 42 PA. CONS. STAT. § 8371, and the parties' briefs in support of and opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendant's motion (Doc. 25) for partial summary judgment is GRANTED.

2. Entry of judgment in accordance with paragraph 1 is DEFERRED pending further proceedings on plaintiff's remaining claim for breach of contract.

3. A telephonic pretrial scheduling conference shall commence at **11:15 a.m. on Monday, April 12, 2021**. The court will communicate details for connecting to the telephonic conference to counsel.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania